**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, SONY ERICSSON MOBILE COMMUNICATIONS AB, AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., § § § § § § § Plaintiffs/Counter-Defendants and Counter-Plaintiffs § § v. § § SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLP, § § § § § § § Defendants/Counter-Plaintiffs and Counter-Defendants § § | Civil Action No. 2:06-CV-0063-TJW<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Unopposed Motion for Partial Stay shall be, and is hereby GRANTED.

IT IS HEREBY ORDERED that all claims, counterclaims, cross-claims, defenses, and other assertions pertaining to the infringement and/or validity of U.S. Patent No. 6,387,027 be stayed. The stay shall remain in effect unless and until modified or lifted by this Court.

SIGNED this 11th day of October, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE