## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, SONY ERICSSON MOBILE COMMUNICATIONS AB, and SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.** | |
| **Plaintiffs,** | **CIVIL ACTION NO. 2-06-CV-63-TJW** |
| **v.** | |
| **SAMSUNG TELECOMMUNICATIONS AMERICA LLP., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## JOINT ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss submitted by Plaintiffs Ericsson Inc., Telefonaktiebolaget LM Ericsson, Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA), Inc**.,** and Defendants Samsung Telecommunications America LLP, Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.  It is ORDERED that the Joint Motion to Dismiss is GRANTED and this case is hereby dismissed without prejudice.

Costs will borne by the party incurring them.

SIGNED this 17th day of July, 2007.


_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1

Dallas 240479v1