IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., ET AL. | § § | |
| V. | § § | NO. 2:06cv63-TJW |
| SAMSUNG TELECOMMUNICATIONS, ET AL. | § § § | |

### ORDER

Pursuant to the Joint Order of Dismissal entered July 17, 2007, all pending motions are hereby **DENIED AS MOOT**.

SIGNED this 19th day of July, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE